470 A.2d 1037

Stopyra, Appellant, v. Prudential.

Argued October 19, 1983.
Allen L. Feingold, for appellant; Pamela Gagne, for appellee.

Before McEWEN, BECK and MONTEMURO, JJ.

Case remanded. Jurisdiction is relinquished.